O

FILED
CLERK, U.S. DISTRICT COURT

AUG - 5 2014

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN A. BARCO,<br><br>　　　　　Petitioner,<br><br>　vs.<br><br>JEFFREY BEARD,<br><br>　　　　　Respondent. | Case No. CV 13-7733-AG (RNB)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file herein, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a *de novo* review of those portions of the Report and Recommendation to which objections have been made. The Court accepts the findings and recommendations of the Magistrate Judge.

　　　　IT THEREFORE IS ORDERED that (1) petitioner's requests for leave to further develop the record and/or for an evidentiary hearing are denied; and (2) Judgment be entered denying the Petition and dismissing this action with prejudice.

DATED: July 31, 2014

_____
ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE