JS-6
Entered

**FILED**
CLERK, U.S. DISTRICT COURT
AUG - 5 2014
CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
AUG - 5 2014
CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN A. BARCO,<br><br>            Petitioner,<br><br>      vs.<br><br>JEFFREY BEARD,<br><br>            Respondent. | Case No.  CV 13-7733-AG (RNB)<br><br>**J U D G M E N T** |

Pursuant to the Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: July 31, 2014

ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE